# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MARIA A LEMBCKE and all others )
similarly situated under 29 U.S.C. 216(b), )
)
Plaintiff, )
vs. )
)
1706 THOMAS ST, LLC., )
SIMON NEMNI, )
MICHEL CHOURAQUI, )
J. CHRISTIAN MARC, )
)
Defendants. )



8/2/2018
SERVED
DATE
TIME 10:30 p
CER# 742

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
CHOURAQUI, MICHEL
5151 COLLINS AVENUE, PH H
MIAMI BEACH, FL 33140

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 27, 2018

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Yesenia Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-23054

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Chouraqui, Mitch

was received by me on *(date)* 7/3/18

☒ I personally served the summons on the individual at *(place)* 5151 Collins Ave PH# H Miami Beach FL on *(date)* 7/27/18 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 1/— for travel and $ 1/2 for services, for a total of $ 4/0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/1/18

_____
Server's signature

Frank Ayllon
*Printed name and title*

Service Miami FL
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MARIA A LEMBCKE and all others )
similarly situated under 29 U.S.C. 216(b), )
)
         Plaintiff, )
vs. )
)
1706 THOMAS ST, LLC., )
SIMON NEMNI, )
MICHEL CHOURAQUI, )
J. CHRISTIAN MARC, )
)
         Defendants. )
)

8/2/2018
SERVED
DATE
TIME 10:30 M
BY

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
NEMNI, SIMON
5151 COLLINS AVENUE, PH H
MIAMI BEACH, FL 33140

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 27, 2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Yesenia Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   18-23054

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NEMN, S.inc\
was received by me on *(date)* 7/30/18 .

☒ I personally served the summons on the individual at *(place)* 5757 Collins ave # Ph H\
Miami Beach FL on *(date)* 8/2/18 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____\
_____ , a person of suitable age and discretion who resides there,\
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____\
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/2/18

_____\
Server's signature

Frank Ayllon\
*Printed name and title*

_____\
Server's address

Additional information regarding attempted service, etc: