# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| MARIA A LEMBCKE and all others similarly situated under 29 U.S.C. 216(b), <br><br> Plaintiff, <br><br> vs. <br><br> 1706 THOMAS ST, LLC., SIMON NEMNI, MICHEL CHOURAQUI, J. CHRISTIAN MARC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |



## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
1706 THOMAS ST, LLC
Registered Agent: SMOLER, BRUCE, ESQ
2611 HOLLYWOOD BLVD.
HOLLYWOOD, FL 33020

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     J.H. Zidell, Esq.
                                  J.H. Zidell P.A.
                        300 71ST Street, Suite 605
                        Miami Beach, Florida 33141

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 27, 2018
             _____

**SUMMONS**

s/ Yesenia Rodriguez
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-23054

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* 1706 Thomas St. LLC
was received by me on *(date)* 7/31/18 .

☐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* [illegible] , who is designated by law to accept service of process on behalf of *(name of organization)* 1706 Thomas Street LLC on *(date)* 8/13/18 ; or

☐ I returned the summons unexecuted because ____________ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 8/13/18

[signature]
*Server's signature*

Perry Parang
*Printed name and title*

[illegible] Miami, FL
*Server's address*

Additional information regarding attempted service, etc: