UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARIA A. LEMBCKE and all others
Similarly situated under 29 U.S.C. 216(b)

Case No. 18-CV-23054-JLK

    Plaintiff,

vs.

1706 THOMAS ST, LLC,
SIMON NEMNI,
MICHEL CHOURAQUI,
J. CHRISTIAN MARC,

    Defendants.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

    Defendants, 1706 THOMAS ST, LLC, a Florida limited liability company ("1706 Thomas"), SIMON NEMNI ("Nemni"), and MICHEL CHOURAQUI ("Chouraqui"), file their Answer and Affirmative Defenses to the Complaint, and state as follows:

    1. All allegations not affirmatively addressed herein are denied.

    2. Defendants, 1706 Thomas, Nemni and Chouraqui admit the allegations of Paragraphs 1, 9, 10, 11, 15, and 22.

    3. Defendants, 1706 Thomas, Nemni and Chouraqui deny the allegations of Paragraphs 3, 4, 5, 8, 12, 13, 14, 16, 17, 18, 21, 23, 26, and 27, and demand strict proof thereof.

    4. Defendants, 1706 Thomas, Nemni and Chouraqui are without knowledge regarding the allegations of Paragraphs 2, 6, 19, 20, 24, and 25, and demands strict proof thereof.

    5. Regarding the allegations of Paragraph 7, Defendants admit the allegations occurred in the Southern District of Florida. Defendants deny the allegations.

## **AFFIRMATIVE DEFENSES**

1.  Plaintiff is not entitled to liquidated damages because Defendants engaged in a good faith effort to comply with the FLSA, with reasonable grounds to believe that they were not violating the FLSA.

2.  The Statute of Limitations bars some or all of the Plaintiff's claims.

3.  Plaintiff knew or should have known of the alleged violation by Defendants of the FLSA, but failed to complain.  Defendants did not know, nor should they have known, that Plaintiff was working overtime.  Based on the foregoing, some or all of the Plaintiff's damages are barred by the Doctrine of Avoidable Consequences.

4.  Defendants are exempt from coverage under the FLSA because their gross volume of sales or business done is less than $500,000.00, and none of the remaining provisions apply to regulate Defendants.

Respectfully submitted,

SMOLER & ASSOCIATES, P.A.
Attorneys for Defendant
2611 Hollywood Boulevard
Hollywood, Florida 33020
Tel. No.: (954) 922-2811


By: _____/S/_____
    Patrick Patrissi, Esq.
    Fla. Bar. No.: 302996
    patrick@lwlawfla.com
    Bruce J. Smoler, Esq.
    Fla. Bar No.  821918
    bruce@smolerpa.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 4, 2018, I electronically filed the foregoing Notice with the Clerk of the Court using CM/ECF.  I also certify that the foregoing documents is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

_____/S/_____
Patrick Patrissi, Esq.
Florida Bar No.  302996
Bruce J. Smoler, Esq.
Fla. Bar No.  821918