## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 1:18-CV-23054-JLK

Plaintiff:
MARIA A LEMBCKE AND ALL OTHERS SIMILARY SITUATED UNDER U.S.C. 216(b),

vs.

Defendant:
1706 THOMAS ST. LLC., SIMON NEMNI, MICHEL CHOURAQUI, J. CHRISTIAN MARC,

For:
J.H. ZIDELL ESQ.

Received by Streetwise Investigations on the 16th day of October, 2018 at 10:00 am to be served on **J. CHRISTIAN MARC, 15885 NW 14 RD, PEMBROKE PINES, FL 33028.**

I, ANDREW KARP, do hereby affirm that on the **16th day of October, 2018 at 10:20 am, I:**

**Individually Served** the within named person with a true copy of this **SUMMONS AND COMPLAINT** with the date and hour endorsed thereon by me, pursuant to State Statutes.

**Additional Information pertaining to this Service:**
THE SUMMONS AND COMPLAINT WERE SERVED AT 1706 THOMAS STREET HOLLYWOOD, FL. THE PLAINTIFF POINTED OUT J. CHRISTIAN MARC TO ME AS HE WAS LEAVING THE BUILDING. I WALKED OVER TO THE DEFENDANT AND ASKED ARE YOU J. CHRISTIAN MARC AND HE REPLIED YES. I IDENTIFIED MYSELF AS A PROCESS SERVER AND INFORMED THE DEFENDANT ABOUT THE SUMMONS AND COMPLAINT AT THIS POINT THE DEFENDANT STARTED ARGUING WITH ME THAT HE HAD TO BE SERVED AT THE ADDRESS ON THE SUMMONS. I TOLD THE DEFENDANT THAT HE COULD BE SERVED ANYWHERE HE COULD BE FOUND. THE DEFENDANT STARTED WALKING BACK TO THE BUILDING AND I LEFT THE SUMMONS AND COMPLAINT ON THE CHAIN LINK GATE.

I certify that I am over the age of 18, have no interest in the above action, and am a SPECIAL PROCESS SERVER, in good standing, in the judicial circuit in which the process was served. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED ARE TRUE.

ANDREW KARP
SPS #260

Streetwise Investigations
& Protective Services, Inc.
P.O. Box 221145
Hollywood, FL 33022
(954) 923-9898

Our Job Serial Number: SIP-2018001172

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MARIA A LEMBCKE and all others )
similarly situated under 29 U.S.C. 216(b), )
)
Plaintiff, )
vs. )
)
1706 THOMAS ST, LLC., )
SIMON NEMNI, )
MICHEL CHOURAQUI, )
J. CHRISTIAN MARC, )
)
Defendants. )

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
J. Christian Marc
15885 NW 14 Rd
Pembroke Pines FL 33028

1706 Thomas ST
Hwd

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 27, 2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Yesenia Rodriguez
Deputy Clerk
U.S. District Courts