UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-23054-CIV-JLK

MARIA A LEMBCKE and all others similarly )
situated under 29 U.S.C. 216(b), )
 )
              Plaintiff, )
  vs. )
 )
1706 THOMAS ST, LLC., )
SIMON NEMNI, )
MICHEL CHOURAQUI, )
J. CHRISTIAN MARC, )
 )
            Defendants. )
_____ )

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT BY THE CLERK AGAINST ONLY DEFENDANT J. CHRISTIAN MARC

COMEs NOW THE PLAINTIFF, BY AND THROUGH COUNSEL, AND STATES:

On October 16, 2018, Plaintiff served a copy of the summons and initial Complaint on Defendant, J. CHRISTIAN MARC. [DE12]. As per [DE12], the Defendant, J. CHRISTIAN MARC, has not responded timely and should be defaulted regarding the initial Complaint [DE1].

## MORANDUM OF LAW

The Defendant, J. CHRISTIAN MARC, was served with the initial Complaint on October 16, 2018. [DE12]. Under Fed. R Civ. P. Rule 4, said Defendant, J. CHRISTIAN MARC, was required to file a responsive pleading/answer on or before November 6, 2018, or move the Court for an extension of time but, as of the date of filing the instant Motion, said Defendant has not responded timely. Defendant did not file a responsive pleading/answer timely and/or has failed to respond pursuant to Fed. R Civ. P. 12(a)(1)(A). A clerk's default ought therefore be entered pursuant to Fed. R Civ. P. 55 as to the Defendant J. CHRISTIAN MARC.

WHEREFORE, THE PLAINTIFF RESPECTFULLY REQUESTS THE CLERK TO ENTER A DEFAULT AGAINST DEFENDANT J. CHRISTIAN MARC IN RELATION TO THE INITIAL COMPLAINT [DE1].

        Respectfully submitted,

        J. H. ZIDELL, P.A.
        ATTORNEYS FOR PLAINTIFF
        300-71ST STREET, SUITE 605
        MIAMI BEACH, FLORIDA 33141
        305-865-6766
        305-865-7167

        By:_s/ Rivkah F. Jaff, Esq. ____
           Rivkah F. Jaff, Esquire
           Florida Bar No.: 107511

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF OR U.S. MAIL ON 11/7/18 TO:

**(CM/ECF)**
**PATRICK PATRISSI, ESQ.**
**LERMAN & WHITEBOOK P.A.**
**2611 HOLLYWOOD BOULEVARD**
**HOLLYWOOD, FL 33020**
**954-922-2811**
**FAX: 922-2841**
**EMAIL: PATRICK@LWLAWFLA.COM**

**(U.S. MAIL)**
**J. CHRISTIAN MARC**
**15885 NW 14 RD**
**PEMBROKE PINES, FL 33028**

BY:___/s/___Rivkah Jaff_____
       RIVKAH JAFF, ESQ.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-23054-CIV-JLK

MARIA A LEMBCKE and all others similarly )
situated under 29 U.S.C. 216(b),            )
                                            )
            Plaintiff,                      )
    vs.                                     )
                                            )
1706 THOMAS ST, LLC.,                       )
SIMON NEMNI,                                )
MICHEL CHOURAQUI,                           )
J. CHRISTIAN MARC,                          )
                                            )
            Defendants.                     )
_____        )

## CLERK'S DEFAULT JUDGEMENT AGAINST ONLY DEFENDANT J. CHRISTIAN MARC

Presently pending before the Clerk is Plaintiff's Motion for Entry of Default by the Clerk as to Defendant, J. CHRISTIAN MARC. As indicated by [DE12] on the docket, Defendant, J. CHRISTIAN MARC, has failed to respond timely, and therefore a Clerk's Default Judgment pursuant to Fed. R Civ. P. 55 is hereby **ENTERED** against Defendant, J. CHRISTIAN MARC, as to the initial Complaint [DE1].

**DONE AND ENTERED** at Miami, Florida, this ___ day of _____ 2018.

_____
**DEPUTY CLERK**

cc:   Counsel of record

**(CM/ECF)**
**PATRICK PATRISSI, ESQ.**
**LERMAN & WHITEBOOK P.A.**
**2611 HOLLYWOOD BOULEVARD**
**HOLLYWOOD, FL 33020**
**954-922-2811**

**FAX: 922-2841**
**EMAIL: PATRICK@LWLAWFLA.COM**

**(U.S. MAIL)**
**J. CHRISTIAN MARC**
**15885 NW 14 RD**
**PEMBROKE PINES, FL 33028**