UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARIA A LEMBCKE

PLAINTIFF(S)

CASE NUMBER
1:18−cv−23054−JLK

v.

1706 THOMAS ST, LLC., et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**J. CHRISTIAN MARC**

as of course, on the date November 7, 2018.

STEVEN M. LARIMORE
CLERK OF COURT

By  /s/ *Doris Jones*
Deputy Clerk

cc:  Senior Judge James Lawrence King
     Maria A Lembcke

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)