========================================================================
========================================================================

# UNITED STATES DISTRICT COURT

### For the

### Southern District of Florida

| | | |
|---|---|---|
| MARIA LEMBCKE | ) | Case No. <u>1:18-cv-23054-JLK</u> |
| *Plaintiff* | ) | |
| -v- | ) | |
| | | |
| 1706 THOMAS ST, LLC,) | | |
| SIMON NEMNI, | ) | |
| MICHEL CHOURAQUI, ) | | |
| J. CHRISTIAN MARC | ) | |
| *Defendants,* | ) | |

FILED by _____ D.C.

NOV 1 4 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA – MIAMI

## THE DEFENDANT'S ANSWER TO THE COMPLAINT

**I.**    **The Parties Filing This Answer to the Complaint.**

> J. Christian Marc
> 15885 N.W 14th Rd
> Pembroke Pines, FL 33028

**II.**    **The Answer and Defenses to the Complaint.**

At all relevant times stated in the Plaintiff's complaint including the present, Defendant was never an owner, member, officer, agent, or employee of 1706 THOMAS STREET, LLC. The Defendant simply purchased, through his COMPANY: INTREPID APARTMENTS, LLC, real estate properties from 1706 THOMAS ST, LLC. Said purchase resulted in the transfer of the subject premises: 1706 Thomas St, 1710 Thomas St, 1712 Thomas St, 1714 Thomas ST, and 1723 Thomas St, all located in Hollywood, Fl 33020, to INTREPID APARTMENTS, LLC., under which titles the subject premises remain today. The properties have a combined total of 18 units. We have 2 separate closing

documents on the transfers of those properties (Please find the attached **closing documents attached as Exhibit A, and Exhibit B) and the warranty deeds: Exhibits C and D**.

The Plaintiff and her attorney claim that **I, J Christian Marc** is a corporate officer and/or owner and/or manager of **1706 THOMAS, LLC**, and as such I am liable for paying the Plaintiff's wages for the period she and her attorney alleges. I have enclosed the **Florida State filing report for the year 2018 (Exhibit E)** showing who the corporate officers and/or owners/ managers are for **1706 THOMAS ST, LLC**. The defendant is not one of them. I also enclosed the **Florida State filing report of INTREPID APARTMENTS, LLC for the year 2018 (Exhibit F)**. INTREPID APARTMENTS, LLC is the purchaser of the referenced properties from 1706 THOMAS ST, LLC, as shown in Exhibits A, B, C, and D referenced above.

After taking over ownership of the properties described above, the seller introduced Maria Lembke to me as the landscaper of the properties' landscape. As such she agreed to cut the grass twice a month as an independent contractor for a monthly fee, not wages. As an independent contractor, we are a client-contractor relationship; **in fact she used her own equipment**. The agreed schedule is only that Plaintiff would cut the grass twice a month any time of her choosing morning or afternoon for a fee agreed upon; I don't know how much time she spent to cut the grass; I didn't need to supervise her work because she was not an employee. If she was an employee working 70 hours a week, I would have had to put in place a supervision mechanism to make sure her time was used efficiently; in any case, a landscaper does not need 70 hours a week to cut a client's grass twice a month; it does not sound real. **Plaintiff and her attorney** claim she also performed cleaning service on the properties just purchased by **INTREPID APARTMENTS, LLC**; all the cleaning she did was part of cutting the grass; it consisted of blowing scattered loose cut grass off the walkways of the properties. The properties have a combined total of 18 units. Apartment cleaning is not a service we offer to tenants. Tenants of those units are individually responsible to clean their own units because they are not hotel guests for whom we would have to clean their room on a daily basis; Maria Lembke had no such responsibility.

## III.     Counterclaims of the Defendant.
The Defendant has the following claim against the Plaintiff.

======================================================================
======================================================================

1.  The Plaintiff and her attorney could have easily discovered the ownership of the LLC and the Subject Premises by performing simple research, but willingly and in bad faith failed to do so, and chose to file this frivolous action instead; wasting the time and resources of the Defendant and this honorable Court on this meritless action against the Defendant, and should be punished accordingly.

## IV.      Certification and Closing.

Under Federal Rule of Civil Procedure 11, by signing below , I certify to the best of my knowledge, information, and belief that this answer: 1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation  (2) is supported by existing law or by a non-frivolous argument for extending , modifying, or reversing existing law; 3) the factual contentions have evidentiary support after a reasonable opportunity for further investigation or discovery ; and; (4) the answer otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Dated: 11/05/18

J. Christian Marc, ProSe


## A. Settlement Statement (HUD-1)

OMB Approval No. 2502-0285

| B. Type of Loan | | | | |
|---|---|---|---|---|
| 1. ☐ FHA     2. ☐ RHS     3. ☐ Conv. Unins.<br>4. ☐ VA     5. ☐ Conv. Ins. | | 6. File Number<br>17-112 | 7. Loan Number<br>#70070014505-19001 | 8. Mortgage Insurance Case Number |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| Intrepid Apartments, LLC<br>15885 Northwest 14 Road<br>Pembroke Pines, Florida 33028 | 1708 Thomas St, LLC<br>5151 Collins Avenue, Suite PH-H<br>Miami Beach, Florida 33140 | Popular Bank<br>85 Broad Street, 10th Floor<br>New York, New York 10004 |

| G. Property Location | H. Settlement Agent | |
|---|---|---|
| 1706- 1714 Thomas Street<br>Hollywood, Florida 33020 | Joel A. Savitt, P.A. | |
| | Place of Settlement<br>20801 Biscayne Boulevard<br>Suite 506<br>Aventura, Florida 33180-1400 | I. Settlement Date<br>04/26/18 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 1,385,000.00 | 401. Contract sales price | 1,385,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 45,252.15 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes          to | | 406. City/town taxes          to | |
| 107. County taxes          to | | 407. County taxes          to | |
| 108. Assessments     04/26/2018  to 09/30/2018 | 1,480.36 | 408. Assessments     04/26/2018  to 09/30/2018 | 1,480.36 |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 1,431,732.51 | 420. GROSS AMOUNT DUE TO SELLER | 1,386,480.36 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT TO SELLER | |
| 201. Deposit or earnest money | 45,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 877,500.00 | 502. Settlement charges to seller (line 1400) | 76,690.10 |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | 406,565.28 |
| | | Dino Petrou | |
| 205. Good Faith Deposit with Lender | 8,000.00 | 505. Payoff of second mortgage loan | 72,802.19 |
| | | Internal Revenue Service | |
| 206. | | 506. Payoff - Sprachman & Fisher, P.A. | 4,250.06 |
| 207. | | 507. Deposit being disbursed as proceeds (45,000.00) | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes          to | | 510. City/town taxes          to | |
| 211. County taxes     01/01/2018  to 04/26/2018 | 6,452.58 | 511. County taxes     01/01/2018  to 04/26/2018 | 6,452.58 |
| 212. Assessments          to | | 512. Assessments          to | |
| 213. | | 513. | |
| 214. Security Deposits | 12,390.00 | 514. Security Deposits | 12,390.00 |
| 215. Last Month's Rents | 4,150.00 | 515. Last Month's Rents | 4,150.00 |
| 216. Rent Prorations: 04/26 - 04/30 | 2,166.65 | 516. Rent Prorations: 04/26 - 04/30 | 2,166.65 |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY / FOR BORROWER | 955,659.23 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 585,466.86 |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 1,431,732.51 | 601. Gross amount due to seller (line 420) | 1,386,480.36 |
| 302. Less amounts paid by/for borrower (line 220) | 955,659.23 | 602. Less reduction amount due to seller (line 520) | 585,466.86 |
| 303. CASH     FROM     BORROWER | 476,073.28 | 603. CASH     TO     SELLER | 801,013.50 |

| L. SETTLEMENT CHARGES: | File Number: 17-112 | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. Total Real Estate Broker Fees | 61,926.60 | | | |
| Division of commission (line 700) as follows: | | | | |
| 701. $          61,926.60  to   Capital Commercial Real Estate Group, Inc. | | | | |
| 702. $                           to | | | | |
| 703. Commission paid at Settlement | | | | 61,926.60 |
| 704. | | | | |
| 705. | | | | |
| 800. Items Payable in Connection with Loan | | P.O.C. | | |
| 801. Our origination charge | $ | (from GFE#1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | $ | (from GFE#2) | | |
| 803. Your adjusted origination charges | | (from GFE A) | | |
| 804. Appraisal fee | Walter Duke Partners | (from GFE#3) | 2,500.00 | |
| 805. Credit report | | (from GFE#3) | | |
| 806. Tax service | Popular Bank | (from GFE#3) | 202.00 | |
| 807. Flood certification | | (from GFE#3) | 11.00 | |
| 808. UCC Filing | | (from GFE#3) | 170.00 | |
| 809. Lender's Attorney's Fees | Raul J.A. Martinez-Esteve, P.A. | (from GFE#3) | 3,000.00 | |
| 810. Messenger Fee | Raul J.A. Martinez-Esteve, P.A. | (from GFE#3) | 70.00 | |
| 811. Escrow for Real Estate Taxes | | (from GFE#3) | 16,514.40 | |
| 812. Appraisal Procurement Fee | EOR | (from GFE#3) | 80.00 | |
| 813. Appraisal Review Fee | CCS & Company, Inc. | (from GFE#3) | 600.00 | |
| 814. Additional Charges  *** See Attached Addendum Line 830 *** | | | 3,193.75 | |
| 900. Items Required by Lender to Be Paid in Advance | | | | |
| 901. Daily interest charges        from        to        @$        /day | (from GFE#10) | | | |
| 902. Mortgage insurance premium        for        to | (from GFE#3) | | | |
| 903. Homeowner's insurance        for        to | (from GFE#11) | | | |
| 904. | | | | |
| 905. | | | | |
| 1000. Reserves Deposited with Lender | | | | |
| 1001. Initial deposit for your escrow account | (from GFE#9) | | | |
| 1002. Homeowner's insurance        mo. @ $        per mo. $ | | | | |
| 1003. Mortgage insurance        mo. @ $        per mo. $ | | | | |
| 1004. City property taxes        mo. @ $        per mo. $ | | | | |
| 1005. County property taxes        mo. @ $        per mo. $ | | | | |
| 1006. Annual Assessments        mo. @ $        per mo. $ | | | | |
| 1007.        mo. @ $        per mo. $ | | | | |
| 1008.        mo. @ $        per mo. $ | | | | |
| 1009. Aggregate Adjustment | $ | | | |
| 1100. Title Charges | | | | |
| 1101. Title services and lender's title insurance | (from GFE#4) | | 5,511.25 | |
| 1102. Settlement or closing fee | Joel A. Savitt, P.A. | $  4,000.00  (from GFE#4) | | |
| 1103. Owner's title insurance | First American Title Insurance Co. | (from GFE#5) | 6,037.50 | |
| 1104. Lender's title insurance | First American Title Insurance Co. | $     250.00 | | |
| 1105. Lender's title policy limit | 877,500.00 --- 250.00 | | | |
| 1106. Owner's title policy limit | 1,385,000.00 --- 6,037.50 | | | |
| 1107. Agent's portion of the total title insurance premium | First American Title Insurance Co. | $        0.00 | | |
| 1108. Underwriter's portion of the total title insurance premium | First American Title Insurance Co. | $  6,287.50 | | |
| 1109. Title Search | First American Title Insurance Co. | $     500.00  (from GFE#4) | | |
| 1110. Endorsements FF9 and B.1 | First American Title Insurance Co. | $     631.25  (from GFE#4) | | |
| 1111. CRT Final Title Update | First American Title Insurance Co. | $       95.00  (from GFE#4) | | |
| 1112. Digital Storage Fee | Joel A. Savitt, P.A. | $       36.00  (from GFE#4) | | |
| 1113. Attorney's Fee | Smoler & Associates, P.A. | | | 4,500.00 |
| 1200. Government Recording and Transfer Charges | | | | |
| 1201. Government recording charges | | (from GFE#7) | 232.50 | |
| 1202. Deed $        35.50        Mortgage $        197.00        Releases $        133.50 | | | | 133.50 |
| 1203. Transfer taxes | | (from GFE#8) | 4,939.75 | |
| 1204. City/county tax/stamps        Deed $        Mortgage $ | | | | |
| 1205. State tax/stamps        Deed $  9,695.00        Mortgage $  3,071.25 | | | | 9,695.00 |
| 1206. Intangible Tax        Deed $        Mortgage $  1,755.00 | | | | |
| 1207. Recording of UCC-1 | | $       44.00  (from GFE#8) | | |
| 1208. Recording of Assignment | | $       69.50  (from GFE#8) | | |
| 1300. Additional Settlement Charges | | | | |
| 1301. Required services that you can shop for | | (from GFE#6) | 2,190.00 | |
| 1302. Municipal Lien Search | Exacta Lien Search | $     210.00  (from GFE#6) | | |
| 1303. Land Survey | Exacta Commercial Surveyors, Inc. | $  1,850.00  (from GFE#6) | | |
| 1304. Certified Copies | Florida Department of State | $       30.00  (from GFE#6) | | |
| 1305. 40 Year Insp. Reimb | Jason Nadayil | (from GFE6) | | 300.00 |
| 1306. Courier / FedEx / Wire Fee | Joel A. Savitt, P.A. | $     100.00  (from GFE#6) | | 135.00 |
| 1307. | | | | |
| 1308. | | | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | 45,252.15 | 76,690.10 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Intrepid Apartments, LLC                                    1706 Thomas St, LLC

_Zodalis Marc_ _(signature)_

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Joel A. Savitt, P.A.                                    Date: April 26th, 2018

By _(signature)_

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

| L. SETTLEMENT CHARGES: | File Number: 17-112 | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. Total Real Estate Broker Fees | 61,926.60 | | | |
| Division of commission (line 700) as follows: | | | | |
| 701. $       61,926.60   to    Capital Commercial Real Estate Group, Inc. | | | | |
| 702. $                        to | | | | |
| 703. Commission paid at Settlement | | | | 61,926.60 |
| 704. | | | | |
| 705. | | | | |
| 800. Items Payable in Connection with Loan | | P.O.C. | | |
| 801. Our origination charge | $ | (from GFE#1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | $ | (from GFE#2) | | |
| 803. Your adjusted origination charges | | (from GFE A) | | |
| 804. Appraisal fee | Walter Duke Partners | (from GFE#3) | 2,500.00 | |
| 805. Credit report | | (from GFE#3) | | |
| 806. Tax service | Popular Bank | (from GFE#3) | 202.00 | |
| 807. Flood certification | | (from GFE#3) | 11.00 | |
| 808. UCC Filing | | (from GFE#3) | 170.00 | |
| 809. Lender's Attorney's Fees | Raul J.A. Martinez-Esteve, P.A. | (from GFE#3) | 3,000.00 | |
| 810. Messenger Fee | Raul J.A. Martinez-Esteve, P.A. | (from GFE#3) | 70.00 | |
| 811. Escrow for Real Estate Taxes | | (from GFE#3) | 16,514.40 | |
| 812. Appraisal Procurement Fee | EOR | (from GFE#3) | 80.00 | |
| 813. Appraisal Review Fee | CCS & Company, Inc. | (from GFE#3) | 600.00 | |
| 814. Additional Charges *** See Attached Addendum Line 830 *** | | | 3,193.75 | |
| 900. Items Required by Lender to Be Paid in Advance | | | | |
| 901. Daily interest charges     from          to          @$          /day | (from GFE#10) | | | |
| 902. Mortgage insurance premium     for          to | (from GFE#3) | | | |
| 903. Homeowner's insurance     for          to | (from GFE#11) | | | |
| 904. | | | | |
| 905. | | | | |
| 1000. Reserves Deposited with Lender | | | | |
| 1001. Initial deposit for your escrow account | | (from GFE#9) | | |
| 1002. Homeowner's insurance          mo. @ $          per mo. $ | | | | |
| 1003. Mortgage insurance          mo. @ $          per mo. $ | | | | |
| 1004. City property taxes          mo. @ $          per mo. $ | | | | |
| 1005. County property taxes          mo. @ $          per mo. $ | | | | |
| 1006. Annual Assessments          mo. @ $          per mo. $ | | | | |
| 1007.          mo. @ $          per mo. $ | | | | |
| 1008.          mo. @ $          per mo. $ | | | | |
| 1009. Aggregate Adjustment          $ | | | | |
| 1100. Title Charges | | | | |
| 1101. Title services and lender's title insurance | | (from GFE#4) | 5,511.25 | |
| 1102. Settlement or closing fee | Joel A. Savitt, P.A. | $   4,000.00 (from GFE#4) | | |
| 1103. Owner's title insurance | First American Title Insurance Co. | (from GFE#5) | 6,037.50 | |
| 1104. Lender's title insurance | First American Title Insurance Co. | $   250.00 | | |
| 1105. Lender's title policy limit | 877,500.00 — 250.00 | | | |
| 1106. Owner's title policy limit | 1,385,000.00 — 6,037.50 | | | |
| 1107. Agent's portion of the total title insurance premium | First American Title Insurance Co. | $   0.00 | | |
| 1108. Underwriter's portion of the total title insurance premium | First American Title Insurance Co. | $   6,287.50 | | |
| 1109. Title Search | First American Title Insurance Co. | $   500.00 (from GFE#4) | | |
| 1110. Endorsements FF9 and 8.1 | First American Title Insurance Co. | $   631.25 (from GFE#4) | | |
| 1111. CRT Final Title Update | First American Title Insurance Co. | $   95.00 (from GFE#4) | | |
| 1112. Digital Storage Fee | Joel A. Savitt, P.A. | $   35.00 (from GFE#4) | | |
| 1113. Attorney's Fee | Smoler & Associates, P.A. | | | 4,500.00 |
| 1200. Government Recording and Transfer Charges | | | | |
| 1201. Government recording charges | | (from GFE#7) | 232.50 | |
| 1202. Deed $   35.50          Mortgage $   197.00          Releases $   133.50 | | | | 133.50 |
| 1203. Transfer taxes | | (from GFE#8) | 4,939.75 | |
| 1204. City/county tax/stamps     Deed $          Mortgage $ | | | | |
| 1205. State tax/stamps     Deed $   9,695.00          Mortgage $   3,071.25 | | | | 9,695.00 |
| 1206. Intangible Tax     Deed $          Mortgage $   1,755.00 | (from GFE#8) | | | |
| 1207. Recording of UCC-1 | $   44.00 (from GFE#8) | | | |
| 1208. Recording of Assignment | $   69.50 (from GFE#8) | | | |
| 1300. Additional Settlement Charges | | | | |
| 1301. Required services you can shop for | | (from GFE#6) | 2,190.00 | |
| 1302. Municipal Lien Search | Exacta Lien Search | $   210.00 (from GFE#6) | | |
| 1303. Land Survey | Exacta Commercial Surveyors, Inc. | $   1,850.00 (from GFE#6) | | |
| 1304. Certified Copies | Florida Department of State | $   30.00 (from GFE#6) | | |
| 1305. 40 Year Insp. Reimb. | Jason Nadayll | (from GFE#6) | | 300.00 |
| 1306. Courier / FedEx / Wire Fee | Joel A. Savitt, P.A. | $   100.00 (from GFE#6) | | 135.00 |
| 1307. | | | | |
| 1308. | | | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | 45,262.15 | 76,690.10 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Intrepid Apartments, LLC _____     1706 Thomas St, LLC _____

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Joel A. Savitt, P.A.     Date: April 26th, 2018

By _____

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

# HUD PAGE 2 ADDENDUM

Prepared by
**Joel A. Savitt, P.A.**
20801 Biscayne Boulevard
Suite 506
Aventura, Florida 33180-1400

**File Number:** 17-112          **Settlement Date:** 04/26/18          **Proration Date:** 04/26/18

**SELLER(S):**
1706 Thomas St, LLC

**PURCHASER(S):**
Intrepid Apartments, LLC

**LENDER:**
Popular Bank

**Loan Amount:** 877,500.00          **Loan Number:** #70070014505-19001

**PROPERTY:**
1706 - 1714 Thomas Street, Hollywood, FL 33020

|  |  |  | Borrower | Seller |
|---|---|---|---|---|
| **ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 815. Commitment Fee | Popular Bank | (from GFE#3) | 2,193.75 | |
| 816. Environmental Phase I Report | Land Science Environmental | (from GFE#3) | 900.00 | |
| 817. Inspection Report | S2 Inspections | (from GFE#3) | 100.00 | |
| 830. | | **TOTALS** | 3,193.75 | |

04-26-2018 at 12:21 PM

*EXHIBIT "B"*

OMB Approval No. 2502-0265

## A. Settlement Statement (HUD-1)

**B. Type of Loan**

| 1.☐ FHA   2.☐ RHS   3.☐ Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|
| 4.☐ VA   5.☐ Conv. Ins. | 17-113 | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| Intrepid Apartments, LLC<br>15885 Northwest 14 Road<br>Pembroke Pines, Florida 33028 | 1706 Thomas St, LLC<br>5151 Collins Avenue, Suite PH-H<br>Miami Beach, Florida 33140 | 1706 Thomas St, LLC<br>5151 Collins Avenue, Suite PH-H<br>Miami Beach, Florida 33140 |

| G. Property Location | H. Settlement Agent | |
|---|---|---|
| 1723 Thomas Street<br>Hollywood, Florida 33020 | Joel A. Savit, P.A. | |
| | Place of Settlement | I. Settlement Date |
| | 20801 Biscayne Boulevard<br>Suite 506<br>Aventura, Florida 33180-1400 | 04/26/18 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 285,000.00 | 401. Contract sales price | 285,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 6,151.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes          to | | 406. City/town taxes          to | |
| 107. County taxes          to | | 407. County taxes          to | |
| 108. Assessments   04/26/2018  to  09/30/2018 | 493.45 | 408. Assessments   04/26/2018  to  09/30/2018 | 493.45 |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 291,644.45 | **420. GROSS AMOUNT DUE TO SELLER** | 285,493.45 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT TO SELLER** | |
| 201. Deposit or earnest money | 15,000.00 | 501. Excess Deposit (see instructions) | |
| 202. New Loan and Note | 228,000.00 | 502. Settlement charges to seller (line 1400) | 16,638.40 |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. Deposit being disbursed as proceeds (15,000.00) | |
| 208. | | 508. New Loan and Note | 228,000.00 |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes          to | | 510. City/town taxes          to | |
| 211. County taxes   01/01/2018  to  04/26/2018 | 1,924.69 | 511. County taxes   01/01/2018  to  04/26/2018 | 1,924.69 |
| 212. Assessments          to | | 512. Assessments          to | |
| 213. | | 513. | |
| 214. Rent Proration  04/26 - 04/30 | 147.50 | 514. Rent Proration  04/26 - 04/30 | 147.50 |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY / FOR BORROWER** | 245,072.19 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 246,710.59 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 291,644.45 | 601. Gross amount due to seller (line 420) | 285,493.45 |
| 302. Less amounts paid by/for borrower (line 220) | 245,072.19 | 602. Less reduction amount due to seller (line 520) | 246,710.59 |
| **303. CASH        FROM        BORROWER** | 46,572.26 | **603. CASH        TO        SELLER** | 38,782.86 |

- 04-26-2018 at 12:13 PM

Page 1 of 2

HUD-1

**L. SETTLEMENT CHARGES:**   File Number: 17-113

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. Total Real Estate Broker Fees | 13,073.40 | | |
| Division of commission (line 700) as follows: | | | |
| 701. $ 13,073.40 to Capital Commercial Real Estate Group, Inc. | | | |
| 702. $ to | | | |
| 703. Commission paid at Settlement | | | |
| 704. | | | 13,073.40 |
| 705. | | | |
| 800. Items Payable in Connection with Loan | P.O.C. | | |
| 801. Our origination charge | $ (from GFE#1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | $ (from GFE#2) | | |
| 803. Your adjusted origination charges | (from GFE A) | | |
| 804. Appraisal fee | (from GFE#3) | | |
| 805. Credit report | (from GFE#3) | | |
| 806. Tax service | (from GFE#3) | | |
| 807. Flood certification | (from GFE#3) | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 812. | | | |
| 813. | | | |
| 814. | | | |
| 900. Items Required by Lender to Be Paid in Advance | | | |
| 901. Daily interest charges from to @$ /day (from GFE#10) | | | |
| 902. Mortgage insurance premium for to (from GFE#3) | | | |
| 903. Homeowner's insurance for to (from GFE#11) | | | |
| 904. | | | |
| 905. | | | |
| 1000. Reserves Deposited with Lender | | | |
| 1001. Initial deposit for your escrow account | (from GFE#9) | | |
| 1002. Homeowner's insurance mo. @ $ per mo. $ | | | |
| 1003. Mortgage insurance mo. @ $ per mo. $ | | | |
| 1004. City property taxes mo. @ $ per mo. $ | | | |
| 1005. County property taxes mo. @ $ per mo. $ | | | |
| 1006. Annual Assessments mo. @ $ per mo. $ | | | |
| 1007. mo. @ $ per mo. $ | | | |
| 1008. mo. @ $ per mo. $ | | | |
| 1009. Aggregate Adjustment $ | | | |
| 1100. Title Charges | | | |
| 1101. Title services and lender's title insurance (from GFE#4) | | 2,880.00 | |
| 1102. Settlement or closing fee Joel A. Savitt, P.A. $ 2,080.00 (from GFE#4) | | | |
| 1103. Owner's title insurance First American Title Insurance Co. (from GFE#5) | | 1,500.00 | |
| 1104. Lender's title insurance First American Title Insurance Co. $ 250.00 | | | |
| 1105. Lender's title policy limit 228,000.00 — 250.00 | | | |
| 1106. Owner's title policy limit 285,000.00 — 1,500.00 | | | |
| 1107. Agent's portion of the total title insurance premium First American Title Insurance Co. $ 0.00 | | | |
| 1108. Underwriter's portion of the total title insurance premium First American Title Insurance Co. $ 1,750.00 | | | |
| 1109. Title Search First American Title Insurance Co. $ 500.00 (from GFE#4) | | | |
| 1110. CRT Final Title Update First American Title Insurance Co. $ 95.00 (from GFE#4) | | | |
| 1111. Digital Storage Fee Joel A. Savitt, P.A. $ 35.00 (from GFE#4) | | | |
| 1112. Attorney's Fee Smoter & Associates, P.A. | | | 1,500.00 |
| 1113. | | | |
| 1200. Government Recording and Transfer Charges | | | |
| 1201. Government recording charges (from GFE#7) | | 207.00 | |
| 1202. Deed $ 35.50 Mortgage $ 171.50 Releases $ | | | |
| 1203. Transfer taxes (from GFE#8) | | 1,254.00 | |
| 1204. City/county tax/stamps Deed $ Mortgage $ | | | |
| 1205. State tax/stamps Deed $ 1,995.00 Mortgage $ 798.00 | | | 1,995.00 |
| 1206. Intangible Tax Deed $ Mortgage $ 456.00 (from GFE#8) | | | |
| 1207. (from GFE#8) | | | |
| 1208. (from GFE#8) | | | |
| 1300. Additional Settlement Charges | | | |
| 1301. Required services that you can shop for (from GFE#6) | | 310.00 | |
| 1302. Municipal Lien Search Exacta Lien Search $ 210.00 (from GFE#6) | | | |
| 1303. Courier / FedEx / Wire Fee Joel A. Savitt, P.A. $ 100.00 (from GFE#6) | | | 70.00 |
| 1304. | | | |
| 1305. | | | |
| 1306. | | | |
| 1307. | | | |
| 1308. | | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | 6,151.00 | 16,638.40 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Integrity Apartments LLC

_Codu la  marc_                                      1706 Thomas St, LLC

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Joel A. Savitt, P.A.                                  Date: April 26th, 2018

By

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010

| L. SETTLEMENT CHARGES: | | File Number: 17-113 | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|
| 700.  Total Real Estate Broker Fees | | 13,073.40 | | | |
| Division of commission (line 700) as follows: | | | | | |
| 701. $        13,073.40  to   Capital Commercial Real Estate Group, Inc. | | | | | |
| 702. $                         to | | | | | |
| 703.  Commission paid at Settlement | | | | | 13,073.40 |
| 704. | | | | | |
| 705. | | | | | |
| 800.  Items Payable in Connection with Loan | | | P.O.C. | | |
| 801.  Our origination charge | | $             (from GFE#1) | | | |
| 802.  Your credit or charge (points) for the specific interest rate chosen | | $             (from GFE#2) | | | |
| 803.  Your adjusted origination charges | | (from GFE A) | | | |
| 804.  Appraisal fee | | (from GFE#3) | | | |
| 805.  Credit report | | (from GFE#3) | | | |
| 806.  Tax service | | (from GFE#3) | | | |
| 807.  Flood certification | | (from GFE#3) | | | |
| 808. | | | | | |
| 809. | | | | | |
| 810. | | | | | |
| 811. | | | | | |
| 812. | | | | | |
| 813. | | | | | |
| 814. | | | | | |
| 900.  Items Required by Lender to Be Paid in Advance | | | | | |
| 901.  Daily interest charges     from        to        @$        /day     (from GFE#10) | | | | | |
| 902.  Mortgage insurance premium     for        to        (from GFE#3) | | | | | |
| 903.  Homeowner's insurance     for        to        (from GFE#11) | | | | | |
| 904. | | | | | |
| 905. | | | | | |
| 1000.  Reserves Deposited with Lender | | | | | |
| 1001.  Initial deposit for your escrow account | | (from GFE#9) | | | |
| 1002.  Homeowner's insurance        mo. @ $        per mo.  $ | | | | | |
| 1003.  Mortgage insurance        mo. @ $        per mo.  $ | | | | | |
| 1004.  City property taxes        mo. @ $        per mo.  $ | | | | | |
| 1005.  County property taxes        mo. @ $        per mo.  $ | | | | | |
| 1006.  Annual Assessments        mo. @ $        per mo.  $ | | | | | |
| 1007.        mo. @ $        per mo.  $ | | | | | |
| 1008.        mo. @ $        per mo.  $ | | | | | |
| 1009.  Aggregate Adjustment        $ | | | | | |
| 1100.  Title Charges | | | | | |
| 1101.  Title services and lender's title insurance | | (from GFE#4) | | 2,880.00 | |
| 1102.  Settlement or closing fee        Joel A. Savitt, P.A.        (from GFE#4) | | | | | |
| 1103.  Owner's title insurance        First American Title Insurance Co.        (from GFE#5) | | | | 1,500.00 | |
| 1104.  Lender's title insurance        First American Title Insurance Co.        $        250.00 | | | | | |
| 1105.  Lender's title policy limit        228,000.00 — 250,000 | | | | | |
| 1106.  Owner's title policy limit        265,000.00 — 1,500.00 | | | | | |
| 1107.  Agent's portion of the total title insurance premium        First American Title Insurance Co.        $        0.00 | | | | | |
| 1108.  Underwriter's portion of the total title insurance premium        First American Title Insurance Co.        $        1,750.00 | | | | | |
| 1109.  Title Search        First American Title Insurance Co.        $        500.00  (from GFE#4) | | | | | |
| 1110.  CRT Final Title Update        First American Title Insurance Co.        $        95.00  (from GFE#4) | | | | | |
| 1111.  Digital Storage Fee        Joel A. Savitt, P.A.        $        35.00  (from GFE#4) | | | | | |
| 1112.  Attorney's Fee        Smoler & Associates, P.A. | | | | | 1,500.00 |
| 1113. | | | | | |
| 1200.  Government Recording and Transfer Charges | | | | | |
| 1201.  Government recording charges | | (from GFE#7) | | 207.00 | |
| 1202.  Deed $        35.50        Mortgage $        171.50        Releases $ | | | | | |
| 1203.  Transfer taxes | | (from GFE#8) | | 1,254.00 | |
| 1204.  City/county tax/stamps        Deed $        Mortgage $ | | | | | |
| 1205.  State tax/stamps        Deed $   1,995.00        Mortgage $        798.00 | | | | | 1,995.00 |
| 1206.  Intangible Tax        Deed $        Mortgage $        456.00  (from GFE#8) | | | | | |
| 1207. | | (from GFE#8) | | | |
| 1208. | | (from GFE#8) | | | |
| 1300.  Additional Settlement Charges | | | | | |
| 1301.  Required services that you can shop for | | (from GFE#6) | | 310.00 | |
| 1302.  Municipal Lien Search        Exacta Lien Search        $        210.00  (from GFE#6) | | | | | |
| 1303.  Courier / FedEx / Wire Fee        Joel A. Savitt, P.A.        $        100.00  (from GFE#6) | | | | | 70.00 |
| 1304. | | | | | |
| 1305. | | | | | |
| 1306. | | | | | |
| 1307. | | | | | |
| 1308. | | | | | |
| 1400.  Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | | 6,151.00 | 16,638.40 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Intrepid Apartments, LLC                          1706 Thatcher M, LLC

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Joel A. Savitt, P.A.

By                                                Date: April 26th, 2018

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form.  Penalties upon conviction can include a fine or imprisonment. For details see:  Title 18 U.S. Code Section 1001 and Section 1010.



Instrument prepared by:
BRUCE J. SMOLER, ESQ.
Smoler & Associates, P.A.
2611 Hollywood Boulevard
Hollywood, Florida 33020

Folio No.:   51-42-10-38-0070

**STATUTORY WARRANTY DEED**
**(Fla. Stat. 689.02)**

THIS INDENTURE, made this *26th* day of April, 2018, between **1706 THOMAS ST, LLC, a Florida limited liability company,** party of the first part, hereinafter referred to as Grantor, whose post office address is 5151 Collins Avenue, PH-H, Miami Beach, Florida  33142, and **INTREPID APARTMENTS, LLC, a Florida limited liability company,** party of the second part, hereinafter referred to as Grantee, whose post office address is 15885 N.W. 14th Road, Pembroke Pines, Florida  33028.

WITNESSETH:  That said Grantor for and in consideration of the sum of Ten Dollars ($10.00), and other good and valuable consideration, to said Grantor in hand paid by said Grantee, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, and sold to the said Grantee, and Grantee's successors and assigns forever, the following described land, situate, lying and being in **Broward** County, Florida, to wit:

**SEE EXHIBIT "A" ATTACHED HERETO**

Subject to:

1. Taxes for the year 2018 and subsequent years.

2. Zoning, restrictions and provisions imposed by governmental authority, if any.

3. Conditions, limitations, restrictions, and easements of record, but this provision shall not operate to reimpose same.

4. Restrictions and matters appearing on the Plat or Map, or otherwise common to the subdivision.

And said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

IN WITNESS WHEREOF, I have set my hand and seal this *26th* day of April, 2018.

1706 THOMAS ST, LLC,
a Florida limited liability company

*Innocencia Padilla*

Innocencia Padilla

By: _____

Michel Chouraqui, Manager

*Bruce J. Snyder*

~~Bruce J. Snyder~~

STATE OF FLORIDA        )

COUNTY OF BROWARD   )

*26*    The foregoing instrument was acknowledged, sworn to and subscribed before me this _____ day of April, 2018, by Michel Chouraqui, Manager of 1706 Thomas St, LLC, who is personally known to me or produced *Florida Drivers License* as identification.

*Innocencia Padilla*

NOTARY PUBLIC, State of Florida
My commission expires:

INNOCENCIA PADILLA
Notary Public - State of Florida
Commission # GG 124473
My Comm. Expires Oct 15, 2021
Bonded through National Notary Assn.

The East 60 feet of Lot 4 and all of Lot 5, of Thomas Estates, according to the map of plat thereof, as recorded in Plat Book 27, Page 33, of the Public Records of Broward County, Florida.

Exhibit "A"

Instrument prepared by:
BRUCE J. SMOLER, ESQ.
Smoler & Associates, P.A.
2611 Hollywood Boulevard
Hollywood, Florida 33020

Folio No.:  51-42-10-42-0020

## STATUTORY WARRANTY DEED
### (Fla. Stat. 689.02)

THIS INDENTURE, made this 26th day of April, 2018, between **1706 THOMAS ST, LLC, a Florida limited liability company,** party of the first part, hereinafter referred to as Grantor, whose post office address is 5151 Collins Avenue, PH-H, Miami Beach, Florida 33142, and **INTREPID APARTMENTS, LLC, a Florida limited liability company,** party of the second part, hereinafter referred to as Grantee, whose post office address is 15885 N.W. 14th Road, Pembroke Pines, Florida 33028.

WITNESSETH: That said Grantor for and in consideration of the sum of Ten Dollars ($10.00), and other good and valuable consideration, to said Grantor in hand paid by said Grantee, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, and sold to the said Grantee, and Grantee's successors and assigns forever, the following described land, situate, lying and being in **Broward** County, Florida, to wit:

### SEE EXHIBIT "A" ATTACHED HERETO

Subject to:

1. Taxes for the year 2018 and subsequent years.

2. Zoning, restrictions and provisions imposed by governmental authority, if any.

3. Conditions, limitations, restrictions, and easements of record, but this provision shall not operate to reimpose same.

4. Restrictions and matters appearing on the Plat or Map, or otherwise common to the subdivision.

And said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

IN WITNESS WHEREOF, I have set my hand and seal this _26th_ day of April, 2018.

1706 THOMAS ST, LLC,
a Florida limited liability company

*Innocencia Padilla*
Innocencia Padilla

By: _____
Michel Chouraqui, Manager

*Bruce F. Smoler*
Bruce F. Smoler

STATE OF FLORIDA        )

COUNTY OF BROWARD   )

26   The foregoing instrument was acknowledged, sworn to and subscribed before me this _26_ day of April, 2018, by Michel Chouraqui, Manager of 1706 Thomas St, LLC, who is personally known to me or produced _Florida Drivers License_ as identification.

*Innocencia Padilla*
NOTARY PUBLIC, State of Florida
My commission expires:

INNOCENCIA PADILLA
Notary Public - State of Florida
Commission # GG 124473
My Comm. Expires Oct 15, 2021
Bonded through National Notary Assn.

Lot 2 and that part of Lot 3 described as follows: Beginning at the SW Corner of said Lot 3, run North 121 feet, more or less, to the NW corner of Lot 3, thence run East along the North line of said Lot 3, a distance of 0.40 feet, thence run Southerly 121 feet more or less to the point of beginning; of Margolis Estates, according to the Plat thereof, as recorded in Plat Book 35, Page 35, of the Public Records of Broward County, Florida.

Exhibit "A"

*EXHIBIT "E"*

## 2018 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

**FILED**
**Jan 12, 2018**
**Secretary of State**
**CC6972742054**

DOCUMENT# L13000152079

**Entity Name:** 1706 THOMAS ST, LLC

**Current Principal Place of Business:**

5151 COLLINS AVENUE, PH H
MIAMI BEACH, FL 33140

**Current Mailing Address:**

5151 COLLINS AVENUE, PH H
MIAMI BEACH, FL 33140

**FEI Number:** 46-3961824                                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SMOLER, BRUCE  ESQ
2611 HOLLYWOOD BLVD.
HOLLYWOOD, FL 33020  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____          Date

                Electronic Signature of Registered Agent

## Authorized Person(s) Detail :

| Title | MGRM | Title | MGRM |
|---|---|---|---|
| Name | CHOURAQUI, MICHEL | Name | NEMNI, SIMON |
| Address | 5151 COLLINS AVENUE, PH H | Address | 5151 COLLINS AVENUE, PH H |
| City-State-Zip: | MIAMI BEACH  FL  33140 | City-State-Zip: | MIAMI BEACH  FL  33140 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MICHEL CHOURAQUI                    MNG                    01/12/2018

               Electronic Signature of Signing Authorized Person(s) Detail          Date

**2018 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L07000055146

**Entity Name:** INTREPID APARTMENTS, LLC

**FILED**
**Feb 24, 2018**
**Secretary of State**
**CC7871073876**

**Current Principal Place of Business:**

15885 NW 14 RD
PEMBROKE PINES, FL 33028

**Current Mailing Address:**

15885 NW 14TH RD
PEMBROKE PINES, FL 33028 US

**FEI Number:** 35-2298825                                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

MARC, J CHRISTIAN
15885 NW 14TH RD
PEMBROKE PINES, FL 33028 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:  J CHRISTIAN MARC                                    02/24/2018

Electronic Signature of Registered Agent                         Date

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | MGRM | | Title | MGRM |
| Name | MARC, J. CHRISTIAN | | Name | MARC, EDITH |
| Address | 15885 NW 14TH RD | | Address | 15885 NW 14TH RD |
| City-State-Zip: | PEMBROKE PINES FL 33028 | | City-State-Zip: | PEMBROKE PINES FL 33028 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MARC, J. CHRISTIAN                    MGRM                    02/24/2018

Electronic Signature of Signing Authorized Person(s) Detail                         Date