# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| MARIA A LEMBCKE and all others similarly situated under 29 U.S.C. 216(b),<br><br>Plaintiff,<br>vs.<br><br>1706 THOMAS ST, LLC.,<br>SIMON NEMNI,<br>MICHEL CHOURAQUI,<br>J. CHRISTIAN MARC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

*10/23/18*
*154*



## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
J. Christian Marc
15885 NW 14 Rd
Pembroke Pines FL 33028

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:         J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jul 27, 2018

**SUMMONS**

*s/ Yesenia Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court